# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| CASTLEMORTON WIRELESS, LLC, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 5:20-CV-00005-RWS |
| v. § § | |
| CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., et al, § § § § | |
| Defendants. § | |

## ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that Plaintiff Castlemorton Wireless, LLC's claims in this action against Defendants Consolidated Communications Enterprise Services, Inc., and Consolidated Communications Holdings, Inc., (collectively, "Consolidated") are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that Consolidated's counterclaims in this action against Castlemorton are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 23rd day of July, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE