## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| CASTLEMORTON WIRELESS, LLC, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 5:20-CV-00005-RWS |
| v. § § § | |
| CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., et al, § § § § | |
| Defendants. § § | |

# **ORDER**

Pursuant to the Court's order dismissing this case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 23rd day of July, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE